PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JOSEPH ZINO JR., *et al.*, | ) |
| | ) CASE NO. 5:11CV1676 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| WHIRLPOOL CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) **JUDGMENT ENTRY** |

The Court hereby enters judgment in favor of Defendants Whirlpool Corporation, Whirlpool Corporation Group Benefit Plan for Retirees, Does 1-20; and against the Plaintiff class represented by Joseph Zino, Jr.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.  Final.

IT IS SO ORDERED.

   June 26, 2019                                   */s/ Benita Y. Pearson*
Date                                             Benita Y. Pearson
                                                    United States District Judge